James A. Woods, Respondent, v. Interborough Rapid Transit Company, Appellant.— In action brought by plaintiff to recover damages for personal injuries sustained when he fell to defendant's track as he was alighting from one of its cars, in which he was a passenger, judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

W. W. G. Realty Corporation, Appellant, v. J. Edward Mayman, Respondent.— Order granting reargument and on reargument granting defendant's motion for summary judgment, and judgment entered thereon, affirmed, with ten dollars costs and disbursements. No opinion, Lazansky, P. J., Young, Carswell and Tompkins, JJ., concur; Hagarty, J., dissents and votes to reverse.

Samuel Yanowitz, Respondent, v. Interstate Motor Freight Service, Inc., Appellant. Minnie Fish, as Administratrix, etc., of Abraham Fish, Deceased, Respondent, v. Interstate Motor Freight Service, Inc., Appellant. — Action by plaintiff Yanowitz to recover damages for personal injuries sustained by him when his automobile, in which he was riding, and which was being operated by Abraham Fish, was struck by defendant's motor truck. Action by administratrix to recover for the death of said Abraham Fish as the result of the same collision. Appeal by defendant from separate judgments in favor of plaintiffs. Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

Phillip Zimmerman and Others, Respondents, v. Brooklyn Bus Corporation Appellant, and Bernard Cherner, Defendant.*— Plaintiffs received injuries without any fault on their part as the result of a collision between an auto bus and a taxicab in which they were seated. The collision was brought about because of a loss of control of the auto bus by reason of an alleged collision between it and a private automobile. Judgment in favor of plaintiffs and against the corporate defendant. Judgment affirmed, with costs. No opinion. Young, Carswell and Davis, JJ., concur; Lazansky, P. J., and Scudder, J., dissent and vote for reversal and a new trial upon the ground that the determination of the jury as to the negligence of defendant Brooklyn Bus Corporation was against the weight of the evidence.